**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sarah Sankey, | No. CV 07-1752-PHX-SMM |
| Plaintiff, | **ORDER** |
| vs. | |
| Archstone-Smith Communitites, LLC., et al., | |
| Defendants. | |

Pursuant to the parties' Stipulation to Remand, and good cause appearing therefor,

**IT IS HEREBY ORDERED REMANDING** this action to the Superior Court of the State of Arizona, in and for the County of Maricopa, without awarding attorneys' fees, costs, or disbursement to any party.

DATED this 26th day of October, 2007.

Stephen M. McNamee
United States District Judge